IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3047 |
| vs. | ORDER |
| ROYANN L. SCHMIDGALL, | |
| Defendant. | |

This matter comes before the court on the defense counsel's motion to withdraw and for appointment of new counsel, (filing no. 18). Defendant can no longer afford retained counsel and he seeks appointed counsel.

The court has been presented with financial information regarding the defendant in support of a request for appointed counsel. After a review of the motion, the court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1) Defense counsel's motion to withdraw and appoint new counsel is granted in part and denied in part. Robert B. Creager, current counsel for defendant, will remain as counsel for the defendant and is hereby appointed under the Criminal Justice Act Plan for this district.

2) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

October 3, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge